IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARÍA ROSAIRI GONZÁLEZ MUÑIZ**, individually and on behalf of her minor children, X.J.R.G. and D.Y.R.G., and **JOHAN TORRES FERNÁNDEZ**, <br><br>Plaintiffs, <br><br>v. <br><br>**CHUBB INSURANCE COMPANY OF PUERTO RICO; PUERTO RICO ELECTRIC POWER AUTHORITY; UNKNOWN DEFENDANTS 1, 2, 3 and 4; INSURANCE COMPANIES A, B, C and D; REINSURANCE COMPANIES E, F, G and H,.,** <br><br>Defendants. | CIVIL CASE NO.: **21-1157** <br><br>**PLAINTIFFS DEMAND TRIAL BY JURY** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE HONORABLE DISTRICT COURT**:

Notice is hereby given of the entry of the undersigned, **Juan M. Martínez-Nevárez**, as counsel for Puerto Rico Electric Power Authority (PREPA). The aforenamed counsel requests that all notice given or required to be given in this case be served upon her.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 27th day of November, 2023.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**GONZÁLEZ & MARTÍNEZ**
1509 López Landrón, Bldg.
Seventh Floor
San Juan, P.R. 00911-1933
Tel.: (787) 274-7404
e-mail: jmartinez@gmlex.net

**S/JUAN M MARTÍNEZ NEVÁREZ**
JUAN M MARTÍNEZ NEVÁREZ
USDC-PR 22110